UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | CRIMINAL ACTION NO. |
| | § | |
| v. | § | 4:16-CR-176 |
| | § | |
| | § | |
| JAMES MORRIS BALAGIA, | § | |
| Defendant. | § | |

**ORDER TO PRODUCE DOCUMENTATION**

Came to be considered the Motion of the Defendant for an Order for the Production of Documentation. Defendant asserts that if deprived of the documentation justice will suffer, and Defendant prays that the Court order the Bureau of Prisons to produce the required documentation. This Court after reviewing Defendant's Motion and the file, finds as follows:

1. Defendant requested by way of subpoena to the Bureau of Prisons, the dates of incarceration and the visitor logs for each of the following individuals:

    a. Charles Norman Morgan (26740-078);

    b. Bibiana Correa Perea (27160-078);

    c. Aldemar Villota Segura (02413-104);

    d. Hermes Aliro Casanova Ordonez (26386-078); and

    e. Orlando Sanchez-Cristancho (60709-004).

2. The Bureau of Prisons refused to produce the required documentation without a court order, citing 5 USCA §552a.

3. The Court performed the balancing test as required to release documentation pursuant to 5 USCA §552a(b)(11).

    **4.** Defendant's need for disclosure outweighs any potential harm to the above-named individuals.

    **5.** The counsel for the government does not object to such disclosure.

    **6.** Defendant's Motion should be **GRANTED**.

As such, it is **ORDERED** that the Defendant's Motion is **GRANTED** and that custodian of records for the Bureau of Prisons shall produce to defense counsel the dates of incarceration and the visitor logs for each of the following individuals:

    a. Charles Norman Morgan (26740-078);

    b. Bibiana Correa Perea (27160-078);

    c. Aldemar Villota Segura (02413-104);

    d. Hermes Aliro Casanova Ordonez (26386-078); and

    e. Orlando Sanchez-Cristancho (60709-004).

**SIGNED this 9th day of January, 2019.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE