| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 4:16-CR-176 |
| | § | |
| JAMES MORRIS BALAGIA (3) | § | |

**ORDER**

Pending before the court is United States' ("Government") 404(b) Notice and Trial Brief on the Admissibility of Extraneous Offenses (#234). Having reviewed the motion, the court finds that additional information is needed. Accordingly, on or before January 22, 2019, the Government shall submit supplemental briefing addressing the following issues:

(1) What relationship, if any, does Balagia's representation of MN have to the offenses charged?

(2) What was stated in JMM's affidavit and what evidence does the Government have that the statement(s) were false?

(3) What is the contents of JMM's anticipated testimony and how is it corroborated by the affidavit?

(4) What did Balagia tell the State Bar of Texas in his letter, how does it contradict what he told the DEA, and what is the letter's relationship to JMM's affidavit?

SIGNED at Beaumont, Texas, this 14th day of January, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE