IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO. 4:16-CR-176 |
| JAMES MORRIS BALAGIA | § § § | |

### ORDER DIRECTING TEMPORARY SEALING OF DOCUMENT

Pending before the Court is Defendant's Motion to Compel [Dkt. 238], the Court orders the motion temporarily **SEALED** until such time as the Court holds a hearing on the motion.

**IT IS SO ORDERED.**

**SIGNED this 16th day of January, 2019.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE