# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CASE NO. 4:16-CR-176 |
| JAMES MORRIS BALAGIA (3) | § | |

## ORDER DIRECTING TEMPORARY SEALING OF DOCUMENT

Pending before the Court is Defendant's Amended Renewed Motion to Compel Discovery ("Amended Motion") [Dkt. 243], the Court orders the motion temporarily **SEALED** until such time as the Court holds a hearing on the motion.

**IT IS SO ORDERED.**

**SIGNED** this 18th day of January, 2019.

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE