# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CASE NO. 4:16-CR-176 |
| JAMES MORRIS BALAGIA (3) | § | |

## ORDER

On January 17, 2019, Defendant James Morris Balagia ("Defendant") filed his Amended Renewed Motion to Compel Discovery ("Amended Motion") [Dkt. 243]. Defendant's Amended Motion supersedes his January 15 Motion [Dkt. 238]. Accordingly, Defendant's January 15 Motion is denied as moot [Dkt. 238]. The Government shall file its response to the Amended Motion no later than *Tuesday, January 22, 2019.* In addition to any response to the Amended Motion to Compel, the Government shall advise the Court whether the present trial setting remains realistic or appropriate in light of the remaining discovery disputes existing between the Parties.

**IT IS SO ORDERED.**

**SIGNED this 18th day of January, 2019.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE