IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:16CR176 |
| | § | Judge Crone |
| JAMES MORRIS BALAGIA (3) | § | |
|   a.k.a. "DWI Dude" | § | |

**PROTECTIVE ORDER GOVERNING
THE DISCLOSURE OF INFORMATION**

This cause having come before the Court on the United States' Motion for Entry of a Protective Order, in order to comply with the Standing Discovery Order, and the Court being duly advised in the premises, it is hereby ORDERED and ADJUDGED as follows:

To expedite the flow of discovery material between the parties, facilitate the prompt resolution of disputes over confidentiality, protect confidential informants, and ensure that protection is afforded only to material so entitled, it is, pursuant to the court's authority under the Standing Discovery Order and Rule 16 of the Federal Rules of Criminal Procedure, and with the consent of the parties, ORDERED:

(1)   **Designation of Material Subject to this Protective Order.**   All previously disclosed discovery and discovery disclosed by the government after the entry of this protective order shall be considered protected under this order unless otherwise ordered by this Court.

(2)     Nothing in this Order shall prevent any party from seeking modification of this Protective Order or from objecting to discovery that it believes to be otherwise improper.

(3)     Pursuant to Federal Rule of Criminal Procedure 49.1, the defendant shall not publically file: an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, a financial-account number, or the home address of an individual.

(4)     The defendant shall not publically file any information as it relates to any allegations regarding any attorney representing any of the co-defendants or witnesses in this case.