IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CASE NO. 4:16-CR-176 |
| | § | |
| JAMES MORRIS BALAGIA (3) | § | |

## ORDER

On January 17, 2019, Defendant James Morris Balagia ("Defendant") filed his Amended Renewed Motion to Compel Discovery ("Amended Motion") [Dkt. 243], which the Court found superseded his earlier January 15 Motion [Dkt. 238]. Thereafter, the Court directed the Government to file a response to the Amended Motion no later than *Tuesday, January 22, 2019* [Dkt. 245]. Subsequent to that time, United States District Judge Marcia A. Crone granted a continuance of the case and reset the pretrial conference for *April 8, 2019* [Dkt. 248]. The Government on that same date also filed a Motion for Protective Order [Dkt. 246], to which a response by Defendant is necessary. Given these developments, the Court extends the Government's deadline to file any response to Defendant's Amended Motion, and orders, that the Government shall file any response to the Amended Motion to Compel on or before *Friday, February 22, 2019*. Defendant shall similarly file any response to the Motion for Protective Order by that same date, *Friday, February 22, 2019*.

**IT IS SO ORDERED.**
**SIGNED this 21st day of January, 2019.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE

ORDER – Page Solo