IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:16CR176 |
| | § | Judge Crone |
| JAMES MORRIS BALAGIA (3) | § | |
| a.k.a. "DWI Dude" | § | |

## GOVERNMENT'S MOTION FOR CONTINUANCE

The United States, by and through the United States Attorney for the Eastern District of Texas, files its Motion to Continue the response to the Court's Order (Dkt. 235) requesting additional information as to their 404(b) Notice and Trial Brief on the Admissibility of Extraneous Offenses (Dkt. 234) which is presently scheduled for January 22, 2019, and in support thereof would respectfully show as follows:

The trial of this matter was continued to April 8, 2019. Additionally, the government's response to the Amended Motion to Compel is due on February 22, 2019. The government is currently waiting on additional information and has not received the documentation.

This motion is not made for delay but so that justice may be done.

The government hereby respectfully requests that this Court enter an Order continuing this response until February 22, 2019.

Respectfully submitted,

JOSEPH D. BROWN
United States Attorney

/s/
HEATHER RATTAN
Assistant United States Attorney
Texas Bar No. 16581050
101 E. Park Blvd., Suite 500
Plano, Texas 75074
972/509-1201
972/209-1209 fax
heather.rattan@usdoj.gov

## CERTIFICATE OF CONFERENCE

Defense counsel is opposed.

/s/
HEATHER RATTAN

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via electronic filing on January 22, 2019.

/s/
HEATHER RATTAN