IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:16CR176 |
| | § | Judge Crone |
| JAMES MORRIS BALAGIA (3) | § | |
| a.k.a. "DWI Dude" | § | |

## **ORDER**

On this day came on for consideration the United States' Motion for Continuance, requesting an extension of time to file its response to the Court's Order (Dkt. 235). Having considered the Motion, and all other relevant pleadings, the Court grants the request and orders that the government's response to the Court's Order (Dkt. 235) be due on February 22, 2019.

**SIGNED this 22nd day of January, 2019.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE