**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § | CRIMINAL NO. 4:16CR176 |
| JAMES MORRIS BALAGIA (3) | § § | |

**ORDER**

The Court has directed the Parties to file any response to: (1) Defendant's Amended Renewed Motion to Compel Discovery [Dkt, 243] and (2) Government's Motion for Protective Order [Dt. 246] on or before Friday, February 22, 2019.  Subsequent to the Court's Orders setting these deadlines, additional filings have been made.  The Court desires to take up the totality of the discovery issues that remain pending between the Parties at one hearing.  In effort to do so and enable the Parties to make all necessary filings in advance of scheduling such hearing, the Court again extends the response deadline.

**IT IS ORDERED THAT** Defendant and the Government shall file any response, as is necessary, to any pending discovery motion [including specifically Dkts. 200, 243, 246, 252] on or before *Friday, March 8, 2019*.  To the extent any other discovery issues exist that have not yet been briefed or filed, they shall also be filed by this deadline.  It is further ordered that any replies shall be due on or before *Friday, March 15, 2019*.

**IT IS SO ORDERED**.
SIGNED this 15th day of February, 2019.

ORDER – Page Solo

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE