| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | |
| § | CASE NO. 4:16-CR-176 |
| CHARLES NORMAN MORGAN, § | |
| BIBIANA CORREA PEREA, and § | |
| JAMES MORRIS BALAGIA § | |

## ORDER TRANSFERRING CASE

The above-styled action is transferred from the undersigned to the Honorable Amos L. Mazzant, III.

SIGNED at Beaumont, Texas, this 25th day of February, 2019.

*[signature: Marcia A. Crone]*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE