IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § § **James Morris Balagia (3).** § Civil Action No.: 4:16-cr-176 § | |

UNITED STATES OF AMERICA §
§
v. §
§
**James Morris Balagia (3).** § Civil Action No.: 4:16-cr-176
§

## ORDER

Pending before the Court are the following motions:

(1) Defendant James Morris Balagia's ("Defendant") Motion to Compel Discovery (Dkt. 200);

(2) Defendant's Motion for Pre-Trial *James* Hearing (Dkt. 241);

(3) Defendant's Corrected motion for Pre-Trial *James* Hearing (Dkt. 242);

(4) Defendant's Amended Renewed Motion to Compel Discovery (Dkt. 243);

(5) The Government's Motion for Entry of Protective Order (Dkt. 246);

(6) A Motion for Miscellaneous Relief (Dkt. 252), filed by Rafael De La Garza, counsel for Charles Norman Morgan;

(7) The Government's Motion and Memorandum in Support of Motion for Miscellaneous Relief (Dkt. 255) (addressing Dkt. 252);

(8) Defendant's Motion to Disqualify the United States Attorney's Office (Dkt. 257);

(9) Defendant's Motion to Dismiss (Dkt. 262);

(10) Defendant's Motion for Order to Show Cause (Dkt. 264);

(11) Defendant's Motion to Suppress Evidence (Dkt. 265);

(12) Defendant's Second Motion to Compel Discovery (Dkt. 266); and

(13) Defendant's Motion for Leave to File Response to Government's Motion for Protective Order Out of Time (Dkt. 281).

The Court previously held several hearings on some of the pending motions. *See* Dkts. 214, 223. Additionally, some agreements have been reached by the parties concerning some of the pending motions. *See* Dkts. 214, 215. It also appears that some motions filed by Defendant supersede other motions previously filed in this matter. *Compare* Dkts. 241, 242.

**IT IS THEREFORE ORDERED** that counsel for all parties shall meet and confer regarding all pending motions. The parties are hereby **ORDERED** to file a Joint Status Report regarding all pending motions **by June 14, 2019**.

**IT IS SO ORDERED**.

**SIGNED this 4th day of June, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE