**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | |
| v. | § § § | 4:16-CR-176-ALM |
| **JAMES MORRIS BALAGIA (3).** | § | |

## ORDER

On June 4, 2019, the Court ordered the parties file a joint status report regarding the pending motions in this matter. *See* Dkt. 297. The parties filed a Joint Status Report (Dkt. 308) indicating that the Government's Motion for Pre-Trial James Hearing (Dkt. 241) and Motion in Support of Motion for Miscellaneous Relief (Dkt. 255) are moot. Additionally, after filing Defendant James Morris Balagia's ("Defendant") Motion for Modification of Conditions of Pretrial Release to Remove Electronic Monitoring (Dkt. 298), Defendant filed an Amended Motion for Modification of Conditions of Pretrial Release to Remove Electronic Monitoring (Dkt. 299).

**IT IS HEREBY ORDERED** that the Government's Motion for Pre-Trial James Hearing (Dkt. 241) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Government's Motion in Support of Motion for Miscellaneous Relief (Dkt. 255) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Modification of Conditions of Pretrial Release to Remove Electronic Monitoring (Dkt. 298) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Leave to File Response to Government's Motion for Protective Order Out of Time (Dkt. 281), to which no response was filed, is hereby **GRANTED**.

The Clerk of Court is therefore directed to enter Docket 281-1 as a separate docket entry, with a new docket number, in response to The Government's Motion for Entry of Protective Order (Dkt. 246).

**IT IS FURTHER ORDERED** that the Motion for Miscellaneous Relief (Dkt. 252), filed by Rafael De La Garza, counsel for Charles Norman Morgan, is set for hearing on **July 2, 2019, at 9:30 a.m.** Counsel for the Government, Defendant James Morris Balagia, and Rafael De La Garza shall appear before the undersigned, at the Plano Courthouse, Courtroom 108, 7940 Preston Road, Plano, Texas, 75024.

**IT IS FURTHER ORDERED** that counsel for the Government and Defendant James Morris Balagia shall appear before the undersigned, on **July 2, 2019, at 10:00 a.m.**, at the Plano Courthouse, Courtroom 108, 7940 Preston Road, Plano, Texas, 75024. The parties should be prepared to address the following Motions:

(1) Defendant James Morris Balagia's ("Defendant") Motion to Compel Discovery (Dkt. 200);

(2) Defendant's Corrected motion for Pre-Trial *James* Hearing (Dkt. 242);

(3) Defendant's Amended Renewed Motion to Compel Discovery (Dkt. 243);

(4) The Government's Motion for Entry of Protective Order (Dkt. 246);

(5) Defendant's Motion to Disqualify the United States Attorney's Office (Dkt. 257);

(6) Defendant's Motion to Dismiss (Dkt. 262);

(7) Defendant's Motion for Order to Show Cause (Dkt. 264);

(8) Defendant's Motion to Suppress Evidence (Dkt. 265);

(9) Defendant's Second Motion to Compel Discovery (Dkt. 266); and

(10) Defendant's Amended Motion to Modify Conditions of Pretrial Release to Remove Electronic Monitoring (Dkt. 299).

**IT IS SO ORDERED**.

**SIGNED this 20th day of June, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE