## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

**DATE**: 7/2/19

| UNITED STATES MAGISTRATE JUDGE | COURT REPORTER: Shawn McRoberts - PLANO 108 |
|---|---|
| **KIMBERLY C. PRIEST JOHNSON** | **COURTROOM DEPUTY:** Lori Stover |
| USA<br>v<br>JAMES MORRIS BALAGIA (3) | CASE NO.<br><br>4:16CR176 |
| **ATTORNEY FOR Government** | **ATTORNEY FOR Defendant** |
| Heather Rattan, Jay Combs | Daphne L. Silverman |

Attorneys: Rafael De La Garza, Clyde Siebman appear for SEALED portion of hearing -de #252 sealed motion

On this day, came the parties by their attorneys, the following proceedings were held in Plano, Texas:

**OPEN:** 10:04 am                                         **ADJOURN:**

| TIME: | MINUTES: |
|---|---|
| 10:04 am | Case called and announcements are made.  The Court will issue final orders or report and recommendations to the District Judge on these motions. The Court will take up de #252 sealed motion. |
| 10:07 am | Sidebar with the attorneys and the Court |
| 10:10 am | The portion of the hearing/courtroom is SEALED regarding de #252 sealed motion. |
| 10:34 am | The Court grants motion de #252. |
| 10:36 am | The hearing/courtroom is now UNSEALED.  The Court takes up de #246 motion for protective order. |
| 10:37 am | Defense attorney Ms. Silverman makes her objections/arguments for the record. |
| 10:40 am | Ms. Rattan responds to Ms. Silverman's arguments. |
| 10:43 am | The Court GRANTS motion de #246 - Motion for Protective Order |

CASE NO.   4:16cr176                                        DATE 7/2/2018
PAGE 2  - PROCEEDINGS CONTINUED: Motion hearing

| TIME: | MINUTES: |
|---|---|
| 10:44 am | The Court takes up de #242 Motion for pre-trial James hearing. |
| 10:46 am | Attorney Ms. Silverman presents her argument in support of de #242 Motion. |
| 10:48 am | Ms. Rattan responds to Ms. Silverman's arguments. |
| 10:54 am | The Court DENIES de # 242 Motion for pre-trial James hearing. |
| 10:55 am | The Court takes up de #257 (SEALED) Motion to disqualify prosecutor. The Court does NOT seal the record/courtroom by agreement of the parties. |
| 10:55 am | Attorney Ms. Silverman presents her argument in support of de #257 Motion. |
| 11:09 am | Mr. Combs responds to Ms. Silverman's arguments re: de #257 Motion.  Govt exhibit #1 is admitted. |
| 11:21 am | Attorney Ms. Silverman responds to Mr. Combs response. |
| 11:24 am | The Court DENIES de #257 Motion. |
| 11:24 am | The Court takes up de #299 Motion to modify conditions of release and remove electronic monitoring |
| 11:27 am | The Defendant makes a statement regarding electronic monitoring. |
| 11:30 am | The Court  GRANTS de #299 Motion to modify conditions of release and remove electronic monitoring-  no monitoring at this point and no curfew. |
| 11:32 am | The Court takes up SEALED de #262 Motion to Dismiss. Ms. Silverman states this motion should not have been sealed.  The Court does NOT seal the hearing/courtroom.<br>The Court takes up de #265 Motion to Suppress |
| 11:32 am | Ms. Silverman presents arguments in support of de #262 motion to dismiss. |
| 11:40 am | Court will make the recommendation to deny motion de #262 |
| 11:41 am | Ms. Silverman presents arguments in support of de #265 motion to suppress. |
| 11:44 am | Court will make the recommendation to deny motion de #265 motion to suppress. |
| 11:46 am | Court in recess for 10 minutes. |
| 11:59 am | The Court will take up motions de #200, de #243, de #264, de #266 |
| 12:03 pm | Ms. Silverman presents argument in support of de #200 motion . |
| 12:05 pm | Ms. Rattan responds to Ms. Silverman's arguments. |
| 12:23 pm | Both sides continue to present argument/rebuttal on these motions. |
| 12:24 pm | Ex parte discussion between Court and Ms. Rattan. |

CASE NO.   4:16cr176                             DATE 7/2/2018
PAGE 3  - PROCEEDINGS CONTINUED: Motion hearing

| TIME: | MINUTES: |
|---|---|
| 12:45 am | Court takes up Sealed motion #243. Both sides agree this motion is not SEALED. The courtroom/record is not sealed. |
| 12:46 pm | Ms. Silverman presents argument in support of de #243 motion. |
| 12:58 pm | Court takes up motion #264. |
|  | Ms. Silverman presents argument in support of de #264 motion. |
| 12:59 pm | Ms. Silverman offers Exhibit #1 - FBI investigation report.  The court admits the exhibit under seal. |
| 1:05 pm | The Court denies motion #264. |
| 1:05 pm | Court takes up motion #266 |
| 1:06 pm | Ms. Silverman presents argument in support of de #266 motion. |
| 1:15 pm | Ms. Rattan responds to Ms. Silverman's argument. |
| 1:20 pm | Court notifies Ms. Silverman that de #314 is filed and marked as deficient. |
| 1:25 pm | Court will issue final orders or report and recommendations regarding motions that were taken up in this hearing.  Court is in recess. |
|  |  |
|  |  |

**DAVID A. O'TOOLE, CLERK**

BY:      Lori Stover
           Courtroom Deputy Clerk