IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:16CR176 |
| | § | Judge Mazzant |
| JAMES MORRIS BALAGIA (3) | § | |
| a.k.a. "DWI Dude" | § | |

## **GOVERNMENT'S EMERGENCY MOTION FOR A STATUS CONFERENCE**

The United States, by and through the United States Attorney for the Eastern District

of Texas, hereby requests that this Court set this matter for an immediate status conference.

On this date, the counsel for the Defendant made the Government aware of substantial

concerns that the trial date may be at risk.   The Government believes that, in order to

preserve the previously established trial date, the Court may need to take action quickly to

address those concerns.   The Government requests a status conference.

Respectfully submitted,

JOSEPH D. BROWN
United States Attorney


_____/s/_____
JAY R. COMBS
Assistant United States Attorney
101 E. Park Blvd., Suite 500
Plano, Texas 75074
972/509-1201
972/209-1209 fax
jay.combs@usdoj.gov

**Motion for Status Conference - Page 1**

## CERTIFICATE OF CONFERENCE

I certify that on July 23, 2019, I attempted to confer with counsel for the Defendant via email.   A response had not been received at the time of the filing of this motion.   It is unknown if the Defendant is opposed to the filing or granting of this motion.

/s/
JAY R. COMBS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via electronic filing on July 24, 2019.

/s/
JAY R. COMBS