# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal Action No. 4:16-CR-00176 |
| § | Judge Mazzant |
| JAMES MORRIS BALAGIA (3) § | |
| § | |

## VERDICT OF THE JURY

We, the jury, find as follows:

As to Count One of the Fourth Superseding Indictment, we the Jury find the defendant **James Morris Balagia**:

___GUILTY___

(Answer "Not Guilty" or "Guilty")

As to Count Two of the Fourth Superseding Indictment, we the Jury find the defendant **James Morris Balagia**:

_____Guilty_____

(Answer "Not Guilty" or "Guilty")

As to Count Three of the Fourth Superseding Indictment, we the Jury find the defendant **James Morris Balagia**:

_____GUILTY_____

(Answer "Not Guilty" or "Guilty")

### SPECIAL INTERROGATORY

If you found the defendant **James Morris Balagia** guilty as to Count Three of the Fourth Superseding Indictment, you must answer the following.

Do you find that the defendant was an officer, director or agent of an entity who knowingly participated in the violation?

_____YES._____

(Answer "Yes" or "No")

3

As to Count Four of the Fourth Superseding Indictment, we the Jury find the defendant **James Morris Balagia**:

_____GUILTY._____
(Answer "Not Guilty" or "Guilty")

As to Count Five of the Fourth Superseding Indictment, we the Jury find the defendant **James Morris Balagia**:

_____Guilty_____

(Answer "Not Guilty" or "Guilty")

_____
Presiding Juror

Dated: __Oct 29, 2019__