# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Criminal Action No. 4:16-CR-00176 |
| | § | Judge Mazzant |
| JAMES MORRIS BALAGIA (3) | § § | |

## SPECIAL VERDICT FORM

We the jury, find as follows regarding the forfeitability of each piece of real property listed in the Fourth Superseding Indictment:

1. Property Address: 15612 Littig Road, Manor, Texas 78653
   Legal Description: Abstract 154, Survey 52, Caldwell A.C. Acres 1.59
   County: Travis
   Parcel Number: 442432

   a. Was the property described above: (1) any property, real or personal, or any property traceable to such property, involved in a violation of the offense charged in Count One of the Superseding Indictment; or (2) any property, real or personal, which constitutes or is derived from proceeds traceable to the violation, or a conspiracy to commit such violation, of the offense charged in Counts Two, Four, or Five of the Fourth Superseding Indictment?

   YES _____    NO __✓__

   b. If the answer is YES, please indicate which count you relied upon in reaching this determination:
      Count 1: _____
      Count 2: _____
      Count 4: _____
      Count 5: _____

2. Property Address: 310 Murray Avenue, Manor, Texas 78653
   Legal Description: Lot 6 and 7, Block 2 A.E. Lane Addition to the City of Manor, Travis County, Texas

   a. Was the property described above: (1) any property, real or personal, or any property traceable to such property, involved in a violation of the offense charged in Count One of the Superseding Indictment; or (2) any property, real or personal, which constitutes or is derived from proceeds traceable to the violation, or a conspiracy to commit such violation, of the offense charged in Counts Two, Four, or Five of the Fourth Superseding Indictment?

      YES ✓           NO ____

   a. If the answer is YES, please indicate which count you relied upon in reaching this determination:
      Count 1: ✓
      Count 2: ✓
      Count 4: ✓
      Count 5: ✓

3. $18,486.09 in funds from bank account number xxxxx7167, in the name of Law Office of Jamie Balagia, P.C. at Wells Fargo Bank, Frisco, Texas.

   a. Was the property described above: (1) any property, real or personal, or any property traceable to such property, involved in a violation of the offense charged in Count One of the Superseding Indictment; or (2) any property, real or personal, which constitutes or is derived from proceeds traceable to the violation, or a conspiracy to commit such violation, of the offense charged in Counts Two, Four, or Five of the Fourth Superseding Indictment?

      YES ✓              NO ____

   a. If the answer is YES, please indicate which count you relied upon in reaching this determination:
      Count 1: ✓
      Count 2: ____
      Count 4: ✓
      Count 5: ____

4. $999.93 in funds from bank account number xxxxx6904, in the name of Warhorse Marketing Corp. at Wells Fargo Bank, Frisco, Texas

   a. Was the property described above: (1) any property, real or personal, or any property traceable to such property, involved in a violation of the offense charged in Count One of the Superseding Indictment; or (2) any property, real or personal, which constitutes or is derived from proceeds traceable to the violation, or a conspiracy to commit such violation, of the offense charged in Counts Two, Four, or Five of the Fourth Superseding Indictment?

   YES _____   NO ✓

   a. If the answer is YES, please indicate which count you relied upon in reaching this determination:
   Count 1: _____
   Count 2: _____
   Count 4: _____
   Count 5: _____

5. $2,700.00 in funds from bank account number xxxxx3409, in the name of James M. Balagia at Wells Fargo Bank, Frisco, Texas

   a. Was the property described above: (1) any property, real or personal, or any property traceable to such property, involved in a violation of the offense charged in Count One of the Superseding Indictment; or (2) any property, real or personal, which constitutes or is derived from proceeds traceable to the violation, or a conspiracy to commit such violation, of the offense charged in Counts Two, Four, or Five of the Fourth Superseding Indictment?

      YES _____          NO ✓

   a. If the answer is YES, please indicate which count you relied upon in reaching this determination:
      Count 1: _____
      Count 2: _____
      Count 4: _____
      Count 5: _____

6. $14,885.57 in funds from bank account number xxxxx1145 and $297.47 in funds from bank account number xxxxx6255, in the name of Law Office of Jamie Balagia, P.C at Independent Bank, McKinney, Texas

    a. Was the property described above: (1) any property, real or personal, or any property traceable to such property, involved in a violation of the offense charged in Count One of the Superseding Indictment; or (2) any property, real or personal, which constitutes or is derived from proceeds traceable to the violation, or a conspiracy to commit such violation, of the offense charged in Counts Two, Four, or Five of the Fourth Superseding Indictment?

        YES  ✓             NO ____

    a. If the answer is YES, please indicate which count you relied upon in reaching this determination:
        Count 1: ✓
        Count 2: ____
        Count 4: ✓
        Count 5: ____

7. $1,602.87 in funds from bank account number xxxxx9093, in the name of Jamie Balagia Law Office, P.C. at Independent Bank, McKinney, Texas.

    b. Was the property described above: (1) any property, real or personal, or any property traceable to such property, involved in a violation of the offense charged in Count One of the Superseding Indictment; or (2) any property, real or personal, which constitutes or is derived from proceeds traceable to the violation, or a conspiracy to commit such violation, of the offense charged in Counts Two, Four, or Five of the Fourth Superseding Indictment?

    YES __✓__          NO ____

    b. If the answer is YES, please indicate which count you relied upon in reaching this determination:
    Count 1: __✓__
    Count 2: ____
    Count 4: __✓__
    Count 5: ____

_____       10/29/19
Foreperson                          Date