# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 18, 2019

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: James Morris Balagia
         v. United States
         No. 19-6335
         (Your No. 19-40697)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

## *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

November 19, 2019

Mr. David O'Toole
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

    No. 19-40697    USA v. James Balagia
                           USDC No. 4:16-CR-176-3
                           USDC No. 4:16-CR-176-3

Dear Mr. O'Toole,

Enclosed is a copy of the Supreme Court order denying certiorari.

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Stacy M. Carpenter, Deputy Clerk