IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:16CR176 |
| | § | Judge Mazzant |
| JAMES MORRIS BALAGIA (3) | § | |
| a.k.a. "DWI Dude" | § | |

## **ORDER**

The Court having considered the government's Motion for Extension of Time and having concluded that the Motion is not sought for purposes of delay, it is hereby

ORDERED that the government's response shall be due on or before January 10, 2020.

**SIGNED this 9th day of December, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE